IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sunrise Energy, LLC     :
            :
    v.        :  No. 1282 C.D. 2015
            :
FirstEnergy Corp. and     :
West Penn Power Company,   :
      Appellants  :

## **O R D E R**

NOW, December 12, 2016, having considered appellants' application for reargument/reconsideration *en banc* and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT
President Judge
